FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES CRAWFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>YAKIMA COUNTY JAIL and YAKIMA COUNTY JAIL MEDICAL DEPARTMENT,<br><br>    Defendant. | No. 1:25-CV-03194-SAB<br><br>**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION** |

    By Order filed December 1, 2025, the Court directed Plaintiff, an individual incarcerated at the Yakima County Jail, to show cause why the Court should grant his application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g). ECF No. 5. In the alternative, Plaintiff could have paid the $405.00 filing fee ($350.00 statutory filing fee, plus $55.00 administrative fee). *Id.* His deadline to comply with that Order was December 31, 2025.

    Plaintiff has failed to show cause or to pay the filing fee for this action. Having reviewed Plaintiff's submissions, the Court finds that he has failed to demonstrate that he is eligible to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), or that he was under imminent danger of serious physical injury when he filed his complaint. *See Andrews v. Cervantes*, 493 F.3d 1047, 1055–56 (9th Cir.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 1

2007). Therefore, Plaintiff has lost the privilege of filing this lawsuit *in forma pauperis*. Because Plaintiff did not avail himself of the opportunity to pay the $405.00 filing fee, he may not proceed with this action.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 3, is **DENIED.**

2. This action is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

3. The Clerk of Court shall **CLOSE** the file.

4. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment and provide copies to Plaintiff.

**DATED** this 14th day of January 2026.



Stan Bastian
Chief United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 2