AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 14, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JAMES CRAWFORD,<br>*Plaintiff*<br>v.<br>YAKIMA COUNTY JAIL and YAKIMA COUNTY JAIL MEDICAL DEPARTMENT,<br>*Defendant* | Civil Action No.  1:25-CV-03194-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's application to proceed in forma pauperis, ECF No. 3, is DENIED. This action is DISMISSED WITHOUT PREJUDICE for non- payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian

Date:  January 14th, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*